UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALIHUSSIAN BARNES,

    Plaintiff,

Case No. 1:16-CV-779

v.

Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

# ORDER APPROVING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by Magistrate Judge Kent on December 20, 2017. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the December 20, 2017, Report and Recommendation (ECF No. 18) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 16) is **GRANTED**. Defendant shall pay Plaintiff attorney fees in the amount of $4,691.75.

Dated: January 17, 2018                                            /s/ Gordon J. Quist
                                                                                   GORDON J. QUIST
                                                                     UNITED STATES DISTRICT JUDGE